951 A.2d 262

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Timothy J. WESTHOFF, Petitioner.**

**No. 184 EM 2007.**

Supreme Court of Pennsylvania.

June 24, 2008.

## *ORDER*

Petition for Extraordinary Relief
and Writ of Habeas Corpus

PER CURIAM.

**AND NOW,** this 24th day of June, 2008, the Petition for Extraordinary Relief and Writ of Habeas Corpus is hereby **DENIED.**